## Ex Parte L. D. Webster.

### No. 4399. Decided February 28, 1917.

**Habeas Corpus—Bail—Practice on Appeal.**

Where the lower court denied bail, and the facts on appeal showed that the judgment of the lower court was correct, the same is affirmed without discussing the evidence.

Appeal from the District Court of Bexar. Tried below before the Hon. W. S. Anderson.

Appeal from a habeas corpus proceeding denying bail.

The opinion states the case.

*John D. Robinson* and *W. C. Linden,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

PRENDERGAST, JUDGE.—This is an appeal from a denial of bail by the court below on a hearing under a writ of habeas corpus after indictment found.

It is the custom of this court not to discuss the evidence in cases of this kind. We have carefully considered the evidence, and in our opinion as the record is presented we must affirm the judgment of the trial court denying bail.

The judgment is, therefore, affirmed.

*Affirmed.*